**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**VECTAIR USA, LLC,**

      **Plaintiff,**

v.                                                                                                                                                                **Cv. No. 16-2911-JTF**

**COMMUNITY BANCSHARES,**
**COMMUNTIY BANK,**
**FORD MOORE,**
  **and MIKE WEBB,**

      **Defendants.**

# JUDGMENT

      Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order Granting Defendants' Motion to Dismiss that was entered on September 18, 2017.

**APPROVED:**

*s/John T. Fowlkes, Jr.*                                        THOMAS M. GOULD
JOHN T. FOWLKES, JR.                                 CLERK
UNITED STATES DISTRICT JUDGE

September 18, 2017                                                 s/Lorri J. Fentress
DATE                                                                        (BY)LAW CLERK